UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>        Plaintiff,<br><br>    v.<br><br>MINA BUSHAR,<br><br>        Defendant. | Case No.: 1:25-cv-01347-SKO<br><br>**ORDER STRIKING COMPLAINT**<br><br>(Doc. 1)<br><br>**ORDER DIRECTING PLAINTIFF TO FILE A SIGNED COMPLAINT WITHIN THIRTY (30) DAYS** |

        Plaintiff Devonte B. Harris is appearing pro se in this civil rights action pursuant to 42 U.S.C. section 1983.

        Plaintiff's complaint filed October 9, 2025, is not signed. (*See* Doc. 1 at 6.)[1] Both the Federal Rules of Civil Procedure and this Court's Local Rules require that all filed pleadings, motions and papers be signed by at least one attorney of record or by the party personally if the party is unrepresented. *See* Fed. R. Civ. P. 11(a); Local Rule 131(b).

        Because the complaint is not signed by Plaintiff, the Court must strike it from the record. Fed. R. Civ. P. 11(a). Plaintiff will be provided an opportunity to file a signed complaint that complies with the Federal Rules of Civil Procedure and the Local Rules within 30 days of the date of this order. The Court will direct the Clerk of the Court to provide Plaintiff with a copy of his complaint filed October 9, 2025, as a one-time courtesy and for Plaintiff's ease of reference,

---

[1] Additionally, the Court notes the typewritten date to the left of the blank signature block reads "3/5/25."

as well as a blank civil rights complaint form. Any properly signed, dated, and filed complaint will be screened in due course.

**CONCLUSION AND ORDER**

Accordingly, **IT IS HEREBY ORDERED** that:

1. The complaint filed October 9, 2025 (Doc. 1) is **STRICKEN**;
2. The Clerk of the Court is **DIRECTED** to provide Plaintiff with a copy of the complaint filed October 9, 2025, as a one-time courtesy. The Clerk is **FURTHER DIRECTED** to serve a blank civil rights complaint form with this order; and
3. **Within thirty (30) days** of the date of service of this order, Plaintiff **SHALL** file a properly signed and dated complaint.

IT IS SO ORDERED.

Dated:   **October 10, 2025**          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

2