UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>      Plaintiff,<br><br>   v.<br><br>MINA BUSHAR,<br><br>      Defendant. | Case No.: 1:25-cv-01347-SKO<br><br>**ORDER TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PLAINTIFF'S FAILURE TO FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS OR TO PAY THE FILING FEE FOR THIS ACTION**<br><br>**14-DAY DEADLINE** |

Plaintiff Devonte B. Harris is appearing pro se in this civil rights action pursuant to 42 U.S.C. section 1983.

**I.   RELEVANT BACKGROUND**

On October 14, 2025, the Court issued its Order to Submit Application to Proceed In Forma Pauperis (IFP) or Pay Filing Fee Within 45 Days. (Doc. 4.) The order was served to Plaintiff that same date.

Although more than 45 days have passed following service of the order, Plaintiff has not filed an IFP application or paid the required filing fee for this action.

**II.   DISCUSSION**

The Local Rules, corresponding with Rule 11 of the Federal Rules of Civil Procedure, provide that the "[f]ailure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power

of the Court." Local Rule 110. "District courts have inherent power to control their dockets" and, in exercising that power, may impose sanctions, including dismissal of an action. *Thompson v. Housing Auth., City of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action based on a party's failure to prosecute an action, obey a court order, or comply with local rules. *See, e.g., Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with a court order to amend a complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130-31 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Here, Plaintiff has failed to comply with the Court's October 14, 2025, order. Although more than 45 days have passed, Plaintiff has not filed an IFP application or paid the required $405 filing fee for this action.

### III.    CONCLUSION AND ORDER

Accordingly, the Court **ORDERS** Plaintiff to show cause in writing, **within 14 days** of the date of service of this order, why this action should not be dismissed for his failure to comply with the Court's order of October 14, 2025. Alternatively, within that same time, Plaintiff may apply to proceed IFP or pay the filing fee in full.

**Failure to comply with this Order to Show Cause (OSC) will result in a recommendation that this action be dismissed for Plaintiff's failure to obey court orders and failure to prosecute.**

IT IS SO ORDERED.

Dated:   **December 8, 2025**                    /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE