UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MINA BUSHAR,<br><br>　　　　　Defendant. | Case No.: 1:25-cv-01347-SKO<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. 7) |

Plaintiff Devonte B. Harris is appearing pro se in this civil rights action pursuant to 42 U.S.C. section 1983.

**I.   BACKGROUND**

On October 14, 2025, the Court issued its Order to Submit Application to Proceed In Forma Pauperis (IFP) or Pay Filing Fee Within 45 Days. (Doc. 4.) The order was served to Plaintiff that same date.

On December 8, 2025, when more than 45 days plus time for mailing passed without a response, the Court issued its Order to Show Cause (OSC) Why Sanctions Should Not be Imposed for Plaintiff's Failure to File an Application to Proceed In Forma Pauperis or to Pay the Filing Fee for this Action. (Doc. 7.) Plaintiff was to file a written response within 14 days. (*Id.*) Alternatively, within that same time, Plaintiff could apply to proceed IFP or pay the filing fee in full. (*Id.* at 2.)

On December 18, 2025, Plaintiff filed a request for a 30-day extension of time within which to reply to the OSC. (Doc. 8.) The following day, the Court granted Plaintiff's request for an extension of time. (Doc. 9.) On December 22, 2025, Plaintiff paid the $405 filing fee for this action. (12/23/25 Docket Entry [Receipt No. 100006738].)

### II.     CONCLUSION AND ORDER

Because Plaintiff has paid the full filing fee, the Court **HEREBY ORDERS** that the OSC issued December 8, 2025 (Doc. 7) is **DISCHARGED**. Plaintiff's signed complaint filed October 29, 2025, (Doc. 6), will be screened in due course.

IT IS SO ORDERED.

Dated:   **December 23, 2025**           /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE