IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**DEVONTE HARRIS,**

Plaintiff,

**v.**

**BUSHAR,**

Defendant.

Case No. 1:25-cv-01347-JLT-EGC

**ORDER GRANTING DEFENDANT'S NOTICE TO OPT-OUT AND VACATE SETTLEMENT CONFERENCE**

(Doc. 26)

**ORDER DIRECTING CLERK OF COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER**

Plaintiff Devonte Harris is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff alleges Eighth Amendment failure to protect and state law negligence claims against Defendant Beshara.

The Court identified this case as an appropriate case for post-screening ADR and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins. (Doc. 25.) The Court's September 21, 2026 Order gave Defendant 45 days to investigate and determine whether to opt out of the post-screening ADR project. (*Id.* at 2.)

On November 4, 2026, Defendant filed a notice to opt out. (Doc. 26.) Defendant indicates that after reviewing Plaintiff's central file, consulting with her client and supervisor, and speaking

with institutional staff, defense counsel does not believe that a settlement conference would be productive at this time. (*Id*. at 1-2.) Therefore, the Court will lift the previously imposed stay and vacate the settlement conference.

If the parties wish to set a settlement conference at a later date, they may so inform the Court. However, the parties are also reminded that they are not precluded from negotiating a settlement without judicial assistance.

Accordingly, the Court **HEREBY ORDERS** that:

1. The stay of this action (Doc. 25) is **LIFTED**;
2. The settlement conference previously scheduled for December 16, 2026 before Magistrate Judge Frank J. Singer is **VACATED**; and
3. The Clerk of the Court is **DIRECTED** to issue a discovery and scheduling order in this action.

IT IS SO ORDERED.

Dated: **November 5, 2026**

Erin Sug Castillo
UNITED STATES MAGISTRATE JUDGE